IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ANDREW BENFORD,

   Defendant.

CRIMINAL FILE NO.

1:12-CR-118-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 111] of the Magistrate Judge recommending granting the Defendant's Motion to Vacate Sentence [Doc. 110] for the sole purpose of reinstating his appeal rights. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 110] is GRANTED for the sole purpose of reinstating his appeal rights. The sentence is VACATED and will be reimposed.

SO ORDERED, this 12 day of May, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge